**Motion Granted; Order filed September 18, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00080-CV
_____

**WILMA REYNOLDS, Appellant**

**V.**

**DAVID REYNOLDS, Appellee**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170-K**

---

## ORDER

On September 4, 2014, appellant filed a motion requesting filing of the following original exhibits:

•     Petitioner's Exhibit No. 1: David Reynolds' Third Amended Inventory and Appraisement;

- Petitioner's Exhibit No. 2: David Reynolds' Third Amended Inventory and Appraisement;

- Petitioner's Exhibit No. 3: David Reynolds' Division Analysis;

- Petitioner's Exhibit No. 4: Quantlab Vesting and Participation Agreement; and

- Petitioner's Exhibit No. 5: Operating Agreement for Quantlab Incentive Partners I, LLC.

The clerk of the 300th District Court is directed to deliver to the clerk of this court the original of the above listed exhibits, on or before **October 10, 2014.** The clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of the above listed exhibits, to the clerk of the 300th District Court.


PER CURIAM